

# In the Court of Criminal Appeals of Texas

---

No. WR-94,154-01

---

## EX PARTE BRYAN WAYNE WHILLHITE,

*Applicant*

---

On Application for Writ of Habeas Corpus
In Cause No. D-13-0586-SA-W-1
In the 391st District Court
Tom Green County

---

YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.

I am convinced that Applicant's plea to sexual assault of a child was voluntary. I am convinced also that Applicant would not have rejected the plea agreement relating to sexual assault of a child even if he had known that this Court had declared the solicitation statute

unconstitutional. And I see no reason to overturn Applicant's ultimate adjudication or sentence. The evidence of his conduct that resulted in his conviction for online solicitation of a minor would have been admissible in any punishment proceeding relating to the sexual-assault-of-a-child case. I do not see any reason to conclude that a different result would have ensued.

I respectfully dissent.

**FILED:**                                                         November 22, 2023
**DO NOT PUBLISH**